# FILED

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-10520 |
| Plaintiff - Appellee, | D.C. No. 2:07-cr-01273-FJM |
| v. | |
| JUAN SANABRIA-PEREZ, AKA Maximino Hernandez-Vega, | MEMORANDUM [*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Frederick J. Martone, District Judge, Presiding

Submitted March 16, 2010 [**]

Before:   SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

Juan Sanabria-Perez appeals from his guilty-plea conviction and 65-month

sentence for re-entry after deportation, in violation of 8 U.S.C. § 1326.  Pursuant to

---

[*]   This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]   The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

SR/Research

*Anders v. California*, 386 U.S. 738 (1967), Sanabria-Perez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.